IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CASIO COMPUTER CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, <br><br> Defendants. | Case No.: 22-cv-2182 <br><br> Judge Harry D. Leinenweber |

**FINAL JUDGMENT ORDER**

This action having been commenced by CASIO COMPUTER CO., LTD. against the defendants identified in the attached Amended Schedule A and using the Defendant Domain Names and Online Marketplace Accounts (collectively, the "Defendant Internet Stores"), and Plaintiff having moved for entry of Default and Default Judgment against the defendants identified in the Amended Schedule A attached hereto (collectively, the "Defaulting Defendants");

This Court having entered upon a showing by Plaintiff, a temporary restraining order and preliminary injunction against Defaulting Defendants which included a domain name transfer order and asset restraining order;

Plaintiff having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication or e-mail, along with any notice that Defaulting Defendants received from domain name registrars and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the

pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered the Complaint or appeared in any way, and the time for answering the Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants since Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants are reaching out to do business with Illinois residents by operating one or more commercial, interactive Defendant Internet Stores through which Illinois residents can purchase products bearing counterfeit versions of CASIO Trademarks and Designs which are protected by U.S. Trademark Registration No. 1,041,284 for word mark "CASIO"; Nos. 1,399,344; 4,956,583; 5,517,268; and 6,187,175 for word mark "G-SHOCK" and U.S. Design Patent Nos. D619,909; D658,081; D663,222; D685,666; D724,447; D733,578; D733,602; D742,252; D742,253; D742,763; D776,550; D807,201; D807,202; D817,193; and D820,117 (collectively referred to as the "CASIO Trademarks and Designs").

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), design patent infringement (35 U.S.C. § 271) and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510, et seq.).

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

   a. using the CASIO Trademarks and Designs or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine CASIO Product or is not authorized by Plaintiff to be sold in connection with the CASIO Trademarks and Designs;

   b. passing off, inducing, or enabling others to sell or pass off any product as a genuine CASIO Product or any other product produced by Plaintiff, that is not Plaintiff's or is not produced under the authorization, control or supervision of Plaintiff and approved by Plaintiff for sale under the CASIO Trademarks and Designs;

   c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

   d. further infringing the CASIO Trademarks and Designs and damaging Plaintiff's goodwill;

   e. shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of the CASIO Trademarks and Designs or any reproductions, counterfeit copies or colorable imitations thereof;

  f. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, the Defendant Domain Names, or any other domain name or online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell Counterfeit/Infringing Products; and

  g. operating and/or hosting websites at the Defendant Domain Names and any other domain names registered or operated by Defaulting Defendants that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the CASIO Trademarks and Designs or any reproduction, counterfeit copy or colorable imitation thereof that is not a genuine CASIO Product or is not authorized by Plaintiff to be sold in connection with the CASIO Trademarks and Designs.

2. The domain name registries for the Defendant Domain Names, including, but not limited to, Aliexpress.com ("Aliexpress"), Alibaba Group Holding Ltd., Alipay.com Co., Ltd. and any related Alibaba entities (collectively, "Alipay"), Amazon.com, Inc. ("Amazon"), eBay.com ("eBay"), PayPal.com ("PayPal") and Context Logic, Inc. ("Wish"), VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, within five (5) business days of receipt of this Order, shall, at Plaintiff's choosing:

  a. permanently transfer the Defendant Domain Names to Plaintiff's control, including unlocking and changing the registrar of record for the Defendant Domain Names to a registrar of Plaintiff's selection, and the domain name registrars shall take any steps necessary to transfer the Defendant Domain Names to a registrar of Plaintiff's selection; or

  b. cancel the registrations for the Defendant Domain Names and make them inactive.

3. Those in privity with Defaulting Defendants and with actual notice of this Order, including any online marketplaces such as iOffer and Aliexpress, Alipay, Amazon, eBay, PayPal, Wish, social media platforms, Facebook, YouTube, LinkedIn, Twitter, Internet search engines such as Google, Bing and Yahoo, web hosts for the Defendant Domain Names, and domain name registrars, shall within five (5) business days of receipt of this Order:

  a. disable and cease providing services for any accounts through which Defaulting Defendants engage in the sale of counterfeit and infringing goods using the CASIO Trademarks and Designs, including any accounts associated with the Defaulting Defendants listed in the Amended Schedule A attached hereto;

  b. disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the CASIO Trademarks and Designs; and

  c. take all steps necessary to prevent links to the Defendant Domain Names identified in the Amended Schedule A from displaying in search results, including, but not limited to, removing links to the Defendant Domain Names from any search index.

4. Pursuant to 15 U.S.C. § 1117(c)(2), Plaintiffs are awarded statutory damages from each of the Defaulting Defendants in the amount of one hundred thousand dollars ($100,000) for willful use of counterfeit CASIO Trademarks and Designs on products sold through at least the Defendant Internet Stores.

5. Aliexpress, Alipay, Amazon, eBay, PayPal and Wish shall, within five (5) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in the Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

6. All monies currently restrained in Defaulting Defendants' financial accounts, including monies held by Aliexpress, Alipay, Amazon, eBay, PayPal and Wish, are hereby released to Plaintiff as partial payment of the above-identified damages, and Aliexpress, Alipay, Amazon, eBay, PayPal and Wish are ordered to release to Plaintiff the amounts from Defaulting Defendants' Aliexpress, Alipay, Amazon, eBay, PayPal and Wish accounts within ten (10) business days of receipt of this Order.

7. Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiff shall have the ongoing authority to serve this Order on Aliexpress, Alipay, Amazon, eBay, PayPal and Wish in the event that any new Aliexpress, Alipay, Amazon, eBay, PayPal and Wish accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, Aliexpress, Alipay, Amazon, eBay, PayPal and Wish shall within five (5) business days:

    a. Locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites, including, but not limited to, any Aliexpress, Alipay, Amazon, eBay, PayPal and Wish accounts;

    b. Restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

    c.    Release all monies restrained in Defaulting Defendants' Aliexpress, Alipay, Amazon, eBay, PayPal and Wish accounts to Plaintiff as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

8. Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiff shall have the ongoing authority to serve this Order on any banks, savings and loan associations, or other financial institutions (collectively, the "Financial Service Providers") in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, the Financial Service Providers shall within five (5) business days:

    a.    Locate all accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites;

    b.    Restrain and enjoin such accounts from receiving, transferring or disposing of any money or other of Defaulting Defendants' assets; and

    c.    Release all monies restrained in Defaulting Defendants' financial accounts to Plaintiff as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

9. In the event that Plaintiff identifies any additional online marketplace accounts, domain names or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the email addresses identified in Exhibit 1 to the Declaration of Hideyuki Kiuchi and any e-mail addresses provided for Defaulting Defendants by third parties.

10. The ten ($10,000) surety bond posted by Plaintiff is hereby released to counsel of record for Plaintiff, Michael A. Hierl of Hughes Socol Piers Resnick & Dym, Ltd. at Three First

National Plaza, 70 W. Madison Street, Suite 4000, Chicago, IL 60602. This is a Final Judgment.

Dated: 8/30/2022

_____
The Honorable Harry D. Leinenweber
United States District Judge

**AMENDED SCHEDULE A**

| No. | Defendant Name / Alias |
|---|---|
| 3 | hotpyonline |
| 4 | AbelHilarysLtS |
| 5 | AbnerNelsongLfFu |
| 6 | Alterna22 |
| 7 | amlidor |
| 8 | BabyShopping Buy |
| 9 | Barbetket |
| 10 | binghexiaodian |
| 11 | Bunita |
| 12 | caixaioling1668 |
| 13 | cancatstore |
| 14 | carakelle |
| 15 | codieaofaskf |
| 16 | coolShopstore |
| 17 | decarbonater |
| 18 | DepartmenTerror Games Stores |
| 19 | Funcin City sports |
| 20 | ganvqbdbff |
| 21 | Harrenhould |
| 22 | hexianbing.com |
| 23 | Importadora azabache ca |
| 24 | Jaime InvestLocal |
| 25 | Jaxuadi |
| 26 | Jinizait |
| 27 | jqfz09 |
| 28 | Kaqixum |
| 29 | keanqequ3i2b |
| 30 | KidsMart2 |
| 31 | KonCon |
| 32 | Las trinitarias ve |
| 33 | LesterKentzMxC |
| 34 | lianglixu |
| 35 | madalafvlak |
| 36 | marcoza |
| 37 | markgeffers4 |
| 38 | NO.ONE CMM0127 |
| 39 | qunquanronnieclotheshouse |
| 40 | Robe833s |
| 41 | Rowling The Sustitute |
| 42 | stone pagan |
| 43 | Treyni |
| 44 | trucyvbnga |

| 45 | zavatdsemi |
|---|---|
| 46 | zocden |
| 47 | anb-8424 |
| 49 | ashanmali-88 |
| 51 | ayedil-1 |
| 52 | bikarun-10 |
| 53 | bmy_cart |
| 54 | buybeek |
| 55 | ceylonchoice21 |
| 56 | chandima9 |
| 57 | chasamar_36 |
| 58 | dd_mart99 |
| 59 | demo1818 |
| 60 | dulsaj-0 |
| 61 | everwelm_68 |
| 62 | farhaid42 |
| 64 | helloshopping316 |
| 66 | hi_australia |
| 68 | ivti7577 |
| 69 | janruupa0 |
| 70 | kaljaya_0 |
| 71 | kevin920406 |
| 72 | kuma_bizz |
| 73 | life-store99 |
| 75 | madhdula-0 |
| 77 | malmadu16 |
| 78 | market_bestchoice |
| 79 | mc_stores_24 |
| 80 | mihiseh-0 |
| 81 | mudaligetraders |
| 82 | newage_store |
| 84 | onmartlk-2012 |
| 85 | ovadtrade |
| 86 | samdil-80-1 |
| 87 | senthar-0 |
| 88 | sudlaks-24 |
| 89 | the_queens_store1 |
| 90 | th-values-store |
| 91 | tonysmile96 |
| 92 | tryzone |
| 93 | wasamuna-0 |
| 94 | watchparadise244 |
| 96 | yue_4341 |
| 98 | 15051318010 |
| 99 | 2000's Fashion |

| 101 | A.L Store |
| --- | --- |
| 102 | AASE |
| 103 | ABCDEFGHIJK |
| 104 | Agadma14 |
| 105 | AgroMarket TheChivas |
| 106 | AIGNER Shop INC |
| 107 | Anna&Amiee |
| 108 | BarTony |
| 109 | Bicimon |
| 111 | CalzadosShop GINA |
| 112 | corrie7ql8dgka0 |
| 113 | CORUJA |
| 114 | CreationsVilland |
| 115 | crystalquanquan |
| 116 | Desayunos Villarepa |
| 118 | dyjb222 |
| 119 | faju |
| 120 | Fanepubo |
| 121 | feelspring |
| 122 | guang11 |
| 123 | guodongmei123 |
| 124 | H&Y |
| 125 | incongruent |
| 126 | JackShenjie |
| 127 | jangyi |
| 128 | jaquecor |
| 129 | jinxing123 |
| 130 | Kurimawuas shop |
| 131 | liangmeifeng812 shop |
| 132 | Light Guide |
| 133 | Luckyfly*33 |
| 134 | luomeiting shop |
| 135 | maruo |
| 136 | mengliuqiann |
| 137 | mokyn |
| 138 | N0.ONE-01 |
| 139 | nesgosen |
| 140 | niebromick |
| 141 | Ocean path |
| 142 | Panadeni |
| 143 | qwe3 |
| 144 | RandolphMaxinewQzAw |
| 146 | rich never sad |
| 147 | Shanadow |
| 148 | Shaw Investing Gold |

| | |
|---|---|
| 149 | Shing Balls |
| 150 | Shopwirld |
| 151 | Studiopaz |
| 152 | sz tuobai trade co. |
| 153 | wenlili9205 |
| 154 | Wiopo |
| 155 | wuqianlucky |
| 157 | yawping |
| 158 | yuanping666 |
| 159 | zengfu |
| 160 | zergjin |
| 161 | Boaiyi |
| 162 | changxingrixinshanghang |
| 163 | chengyanmaoyi010205 |
| 164 | chenxiaofangshop |
| 165 | daiqingmaoyi |
| 166 | feiyangbaby |
| 167 | guangdonghuanyue |
| 168 | GZHengTai |
| 169 | jbqsmy5678 |
| 170 | JIANPUXIANG |
| 171 | KKFA-US |
| 172 | LiuJianShe |
| 173 | liwenyoushop |
| 174 | shunshumaoyishanghang |
| 175 | TUOXINGDA |
| 176 | UUFA |
| 177 | yunximaoyishanghang |
| 179 | 12 watches Store |
| 181 | 99s MMSTRAP Watch Strap Store |
| 182 | Allenli's Watches Store |
| 183 | Aming02 Store |
| 184 | Amovan Watch Store |
| 185 | BartonOak Store |
| 186 | BestChoice Watchband Store |
| 187 | binggeli Store |
| 188 | Centuries watch shop |
| 189 | cestton watch Store |
| 190 | China Direct Watch Store |
| 191 | china good watch factory Store |
| 192 | chunfenshilistore Store |
| 193 | CROWM WATCH Store |
| 194 | C-SQUARE Store |
| 195 | Damaifa watch Store |
| 196 | FGHGF Watchband Store |

| | |
|---|---|
| 197 | fit electric Store |
| 198 | Gengshi Store |
| 199 | GlobalReach Store |
| 200 | Greatwatch Store |
| 201 | G-Refit Watch Parts Store |
| 202 | Historical Watch Store |
| 203 | Hongyun Watch Store |
| 204 | Hunan portal Store |
| 205 | JUNSI Watch accessories Store |
| 206 | Leweis Watch Store |
| 207 | liangmeilai watchband Accessories Store |
| 208 | LVBAOYAN Store |
| 209 | LVY-Watch Store |
| 210 | Mens Watch 03 Store |
| 211 | MerryMart supermarket Store |
| 212 | Mtin watch accessories store Store |
| 213 | OuYang Top Watch store |
| 214 | poshi drop shipping Store |
| 215 | quanwei Store |
| 216 | Raymon Watchband Store |
| 217 | SANDA Global Store |
| 218 | seafarer Official Store |
| 219 | Shop2924028 Store |
| 220 | Shop4986142 Store |
| 221 | Shop5003162 Store |
| 222 | Shop5362203 Store |
| 223 | Shop911254052 Store |
| 224 | Shop911265194 Store |
| 225 | Shop911291099 Store |
| 226 | Shop911612416 Store |
| 227 | SIDONIE Watch Store |
| 228 | Summer Bay Store |
| 229 | SunFashion life watch Store |
| 230 | Tianpei Watch accessories Co., Ltd Store |
| 231 | TopSeller168 Store |
| 232 | TOPWatchbands MOD Store |
| 233 | Trendy watch Store |
| 234 | Value watches Store |
| 235 | VECILEON Store |
| 236 | Watch Dropshipping Store |
| 237 | Watches For Women Store |
| 238 | Wemwatch Store |
| 239 | whatch Store |
| 240 | XAOZU Watch Modification Store |
| 242 | Dongguan Vtime Watch Jewelry Co., Ltd. |

| | |
|---|---|
| 243 | Dongguan Wah Shun Electronic Technology Co., Ltd. |
| 244 | Guangdong Essenbo Trading Co., Ltd. |
| 246 | Guangzhou Chenxing International Trade Co., Ltd. |
| 247 | Guangzhou JCY Trade Co., Ltd. |
| 248 | Guangzhou Kemanqi Watch Industry Co., Ltd. |
| 249 | Guangzhou Mingchen Electronics Co., Ltd. |
| 250 | Guangzhou Shenyu Trading Co., Ltd. |
| 251 | Guangzhou Shihe Trading Co., Ltd. |
| 254 | Linhai Gusen Glasses Co., Ltd. |
| 255 | Shenzhen BiLeS Technology Co., Ltd. |
| 256 | Shenzhen Caboren Trading Co., Ltd. |
| 257 | Shenzhen Shennan Communication Technology Co., Ltd. |
| 258 | Xiamen Domingo Trading Co., Ltd. |
| 259 | Yiwu Cokoo Daily Necessities Co., Ltd. |
| 260 | Yiwu Shopping E-Business Co., Ltd. |
| 261 | Yiwu Wal-Joy Watch Co., Ltd. |